## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**ADELAIDA HOFMANN, as Personal Representative of the Estate of Michael Hofmann, Minor Child A and Minor Child B of Michael Hofmann, by and Through their Mother and Natural Guardian, ADELAIDA HOFMANN,**

    Plaintiffs,

v.                    **CASE NO.: 4:18-cv-00575-WS-CAS**

**THE FLORIDA DEPARTMENT OF CORRECTIONS, an agency of the State of Florida, JOHN DOE INDIVIDUALS 1-10, JOHN DOE COMPANIES AND CORPORATIONS I-10, JOHN PALMER, in his individual capacity,**

    Defendants.

_____/

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant, the Florida Department of Corrections (FDC), through undersigned counsel, moves this Court for an order extending the time within which Defendant may respond to Plaintiff's Complaint for an additional thirty days from the date of this motion. In support, FDC provides as follows:

1. Plaintiff commenced this action on December 17, 2018 (Doc. 1 and 2).

2.    FDC was served with the summons and complaint on the same date as the action was commenced. (Doc. 3 and 4).

3.    FDC's response to the complaint is due to be filed on January 7, 2019.

4.    Federal Rule of Civil Procedure 6(b)(1)(A) provides that the Court may extend the time in which an act must be done, for good cause, if the request is made before the original time expires. Similarly, the local rules require Court approval to extend a deadline, even where, as here, the parties stipulate to the extension of the deadline. N.D. Fla. Loc. R. 6.1.

5.    Counsel for FDC requests the extension of time due to the difficulties in adequately preparing a response in the initial time provided related to counsel's existing calendar and that service was made right before the year-end holiday period.

6.    FDC's counsel has spoken with Plaintiff's counsel, who is in agreement with the extension of time sought herein.

WHEREFORE, based on the foregoing grounds and authority, FDC respectfully requests this Court enter an order granting an extension of time to respond to Plaintiff's Complaint for an additional thirty days from the date of this motion.

## CERTIFICATE OF CONFERRAL

Pursuant to N.D. Fla. Loc. R. 7.1(B), counsel for FDC has conferred with counsel for Plaintiff, in a good faith effort to resolve by agreement the issues raised, and counsel for the Plaintiff consents to the relief sought by FDC herein.

*s/Brian C. Keri*
BRIAN C. KERI (FBN 0087874)
P.O. Box 13599
Tallahassee, Florida 32317-3599
Telephone: (850) 297-2222
brianckeri@earthlink.net
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by CM/ECF service to Ryan J. Andrews, Esquire, and Steven R. Andrews, Esquire, 822 Monroe Street, Tallahassee, Florida 32303, on January 7, 2019.

*s/Brian C. Keri*
Brian C. Keri